CLERK'S OFFICE U.S. DIST. COURT
AT ABINGDON, VA
FILED

APR 27 2012

JULIA C. DUDLEY, CLERK
BY:
   DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
BIG STONE GAP DIVISION

| | |
|---|---|
| SCOTT A. PRIDEMORE, | ) |
| Plaintiff, | ) Case No. 2:11CV00010 |
| v. | ) JUDGMENT |
| COMMISSIONER OF SOCIAL SECURITY, | ) By: James P. Jones<br>) United States District Judge |
| Defendant. | ) |

It appearing that no objections have been timely filed to the Report filed April 9, 2012, setting forth the findings and recommendations of the magistrate judge, it is **ADJUDGED AND ORDERED** as follows:

1. The Report and its findings and recommendations are wholly ACCEPTED and APPROVED;

2. The motions for summary judgment by the parties are DENIED;

3. The final decision of the Commissioner of Social Security is VACATED and this action is REMANDED to the Commissioner pursuant to the fourth sentence of 42 U.S.C. § 405(g) for further consideration in accord with the Report; and

4. This case is closed.

ENTER: April 27, 2012

/s/ James P. Jones
United States District Judge